# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | CASE NO.: 1:11-CV-01419-AWI-DLB PC |
| Plaintiff, | ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE DENNIS L. BECK |
| v. | PURSUANT TO APPENDIX A(K)(4) OF THE LOCAL RULES |
| A. THOMPSON, et al., | |
| Defendants. | (DOC. 6) |
| _____/ | |

This is a civil rights action filed by Plaintiff Joshua Todd Woolridge ("Plaintiff"), a California state prisoner proceeding pro se. Plaintiff consented to Magistrate Judge jurisdiction on September 6, 2011. Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to United States Magistrate Judge Dennis L. Beck to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

Accordingly, it is HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c);

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck; and

3. The new case number shall be 1:11-cv-01149-DLB PC.

IT IS SO ORDERED.

Dated: _____September 8, 2011_____

_____
CHIEF UNITED STATES DISTRICT JUDGE

1