# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | 1:11-cv-01419-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| A. THOMPSON, et al., | |
| Defendants. | |

Plaintiff Joshua Todd Woolridge ("Plaintiff"), a California state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 15, 2011 in the Sacramento Division of the Eastern District of California. Plaintiff's case was transferred to the Fresno Division on August 24, 2011.

Title 28 of the United States Code, section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff became subject to § 1915(g) on March 20, 2007, and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury. The Court takes judicial notice of the following cases that qualify as § 1915(g) strikes: 5:04-cv-01602-UA-MAN *Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir., et al.*, (C.D. Cal.) (dismissed 01/20/2005 for

1

failure to state a claim); 5:06-cv-01351-UA-MAN *Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir.*, (C.D. Cal.) (dismissed 01/03/2007 for failure to state a claim); 5:07-cv-00229-UA-DUTY *Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir.*, (C.D. Cal.) (dismissed 03/20/2007 for failure to state a claim); 5:08-cv-01815-UA-MAN *Woolridge v. City/County of Riverside, et al.*, (C.D. Cal.) (dismissed 01/16/2009 for failure to state a claim); 5:09-cv-00314-UA-MAN *Woolridge v. City/County of Riverside, et al.*, (C.D. Cal.) (dismissed 02/23/2009 for failure to state a claim); 1:09-cv-00158-AWI-GSA *Woolridge v. Cal. Dep't of Corr. & Rehab., et al.*, (E.D. Cal.) (dismissed 05/15/2009 for failure to state a claim); 2:09-cv-00734-JAM-GGH *Woolridge v. Cal. Dep't of Corr. & Rehab.*, (E.D. Cal.) (dismissed 07/27/2009 for failure to state a claim); and 5:09-cv-01377-UA-MAN *Woolridge v. Anwar*, (C.D. Cal.) (dismissed 07/29/2009 for failure to state a claim).

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[1]  *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma pauperis in this action, and is precluded from proceeding on his complaint absent the submission of the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that this action is dismissed, without prejudice to re-filing if accompanied by the $350.00 filing fee.

IT IS SO ORDERED.

Dated:  **April 11, 2012**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's claim in this action concerns deprivation of property at Kern Valley State Prison.  The Court expresses no opinion on the merits of Plaintiff's claim.